# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv160

| | |
|---|---|
| PAUL K. TRAVIS; RHONDA A. TRAVIS; K.F.T., a minor; and J.T.T., a minor, </br></br>　　　　Plaintiffs, </br></br>　　vs. </br></br>BURKE COUNTY DEPARTMENT OF SOCIAL SERVICES; BURKE COUNTY GUARDIAN AD LITEM OFFICE; CHERYL HOLLIFIELD; AMBER MECIMORE; JOANNE CARRICO; STEPHEN SCHOBERLE; LORI GEORIGE; and NANCY EINSTEIN, </br></br>　　　　Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 22, 2012, the Plaintiffs filed the present action and sought to proceed without having to prepay the costs associated with prosecuting the matter. [Docs. 1, 2]. On July 2, 2012, the Court found that the Plaintiffs had sufficient resources from which to pay the filing fee for this action and denied their Application. [Doc. 3]. The Plaintiffs were given thirty (30) days to pay the required filing fee. The Plaintiffs further were warned: "**Failure to pay the**

**required filing fee within the time required will result in the dismissal of this action**." [Id. at 3]. More than thirty (30) days have now passed since the entry of the Court's Order, and the Plaintiffs have failed to pay the filing fee as required.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 13, 2012

Martin Reidinger
United States District Judge