# United States District Court
# For The Western District of North Carolina
# Asheville Division

Paul K. Travis , et al

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                      1:12-cv-00160

Cheryl Hollifield , et al

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2012 Order.

                                            Signed: August 13, 2012

Frank G. Johns, Clerk
United States District Court